

### July 27, 2012

| CAAP–11–00 00133 | State v. Bagaoisan | Reversed |
| CAAP–10–00 00202 | Valentine v. Wong | Affirmed |

### July 31, 2012

| CAAP–11–00 00540 | State v. Codiamat | Affirmed |
| CAAP–11–00 00516 | Thorne v. Thorne | Affirmed |

### August 10, 2012

| CAAP–11–00 00427 | State v. Pierce | Affirmed |

### August 16, 2012

| 29695 | Keown v. Tudor Ins. Co. | Affirmed |
| CAAP–11–00 00480 | Rivera v. State, Dept. of Hawaiian Home Lands | Affirmed |
| CAAP–11–00 00398 | SC v. IC | Affirmed |
| CAAP–11–00 00372 | State v. Holi | Affirmed |

### August 23, 2012

| CAAP–11–00 00794 | State v. Jones | Vacated and remanded |

### August 29, 2012

| 29492 | United Public Workers, AFSCME, Local 646, AFL-CIO v. City and County of Honolulu, Dept. of Facility Maintenance, Waianae Corp. Yard | Reversed |

### August 30, 2012

| CAAP–11–00 00452 | Salvador v. State | Vacated and remanded |
| CAAP–11–00 00548 | Smith v. Smith | Affirmed |

### August 31, 2012